UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| RHONDA ASHER, | ) |
| | ) |
|     *Plaintiff*, | ) |
| | ) |
| v. | )  No. 3:20-CV-15 |
| | )  REEVES/GUYTON |
| NINO'S PIZZERIA AND EATERY, LLC, | ) |
| | ) |
|     *Defendant*. | ) |

## JUDGMENT

In accordance with the Consent Decree filed contemporaneously, this case is **DISMISSED** with prejudice, and this document constitutes the Court's final judgment in this matter in accordance with Federal Rule of Civil Procedure 58(a).

**IT IS SO ORDERED.**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT

*/s/ JOHN L. MEDEARIS*
    CLERK OF COURT